# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152544 & (37)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICHARD WERSHE, JR.,
      Defendant-Appellant.

SC: 152544
COA: 329110
Wayne CC: 87-004902-FC

_____/

      On order of the Court, the motion to add supplemental authority is GRANTED. The application for leave to appeal the September 29, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      MARKMAN, J., did not participate as the result of matters arising from his past service as United States Attorney.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2016



a0615

Clerk